■ HELENE WERGER, Appellant, v CITY OF NEW YORK, Respondent, et al., Defendants. [724 NYS2d 852] —Order, Supreme Court, New York County (Michael Stallman, J.), entered November 12, 1999, which, *inter alia*, granted defendant City of New York's cross motion for summary judgment, severing and dismissing plaintiff's causes of action against defendant City as time-barred, unanimously affirmed, without costs.

Plaintiff's complaint as against defendant City was properly dismissed in light of her failure to file her summons and complaint within the one-year-and-ninety-day limitations period imposed by General Municipal Law § 50-i (1) (c) (*see, Burrell v Countrytowne Apt. Partnership*, 247 AD2d 805; *see also, Pleasant Ridge Townhouses Homeowners' Assn. v T & D Constr. Corp.*, 181 AD2d 871, 872). Concur—Nardelli, J. P., Mazzarelli, Wallach, Lerner and Friedman, JJ.